**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01411-CR
### No. 05-12-01414-CR

**MURELL NORMAN MUCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 366-81548-11, 366-81549-11**

## ORDER

The Court **GRANTS** appellant's April 7, 2014 motion for extension of time to file a motion for rehearing.

We **ORDER** appellant to file the motion for rehearing within **FIVE (5) DAYS** from the date of this order.

/s/    DOUGLAS S. LANG
          JUSTICE